UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1215; 23-1250

**Caption [use short title]**

**Motion for:** Substitution of personal representative for deceased defendant/counter-claimant/appelle/cross-appellant pursuant to FRAP 43(a)(1)

Set forth below precise, complete statement of relief sought:

Substitution of Glenn Laumeister as personal representative of deceased defendant/counter-claimant/appelle/cross-appellant pursuant to FRAP 43(a)(1)

## Browe v. CTC Corp.

**MOVING PARTY:** CTC Corporation and Bruce Laumeister
**OPPOSING PARTY:** _____

☐ Plaintiff   ☑ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Alexandra E. Edelman, Esq.
**OPPOSING ATTORNEY:** John D. Stasny, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Primmer Piper Eggleston & Cramer PC
30 Main Street, Suite 500, Burlington, VT 05402
802-660-3335  aedelman@primmer.com

Woolmington, Campbell, Bent & Stasny, P.C.
4900 Main Street, P.O. Box 2748, Manchester Center, VT 05255
802-362-2560  john@greenmylaw.com

**Court- Judge/ Agency appealed from:** District of Vermont; Judge Reiss

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: September 10, 2024

**Signature of Moving Attorney:**

/s/ Alexandra E. Edelman  **Date:** 09/09/2024  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

## NO. 23-1215 (L); NO. 23-1250 (XAP)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

DONNA BROWE, TYLER BURGESS, BONNIE JAMIESON, PHILIP JORDAN, ESTATE OF BEVERLY BURGESS,

   *Plaintiffs/Appellants/Cross-Appellees,*

LUCILLE LAUNDERVILLE,

   *Plaintiff/Counter-Defendant/Appellant/Cross-Appellee*,

*v.*

CTC CORPORATION, BRUCE LAUMEISTER,

   *Defendants/Counter-Claimants/Appellees/Cross-Appellants*.

---

### DEFENDANTS/COUNTER-CLAIMANTS/APPELLEES/CROSS-APPELLANTS CTC CORPORATION AND BRUCE LAUMEISTER'S MOTION TO SUBSTITUTE PARTY FOR PERSONAL REPRESENTATIVE

Defendants/ Counter-Claimants/ Appellees/ Cross-Appellants CTC Corporation ("CTC") and Bruce Laumeister ("Laumeister") (collectively, "Appellees"), by and through their undersigned counsel, pursuant to Federal Rule of Appellate Procedure ("FRAP") 43(1)(a), respectfully submit this motion to substitute Glenn Laumeister, Executor of the Estate of Bruce Laumeister, as personal representative for Bruce Laumeister in the above-captioned case. In support therefore, Glenn Laumeister states the following:

1.    This lawsuit was commenced on December 28, 2015.

2. Defendant/Counter-Claimant/Appellee/Cross-Appellant Bruce Laumeister departed this life on May 26, 2023.

3. Glenn Laumeister was appointed Executor of his Estate by the Vermont State Superior Court Probate Division, Bennington Unit on November 16, 2023, and is entitled to proceed with this litigation.

WHEREFORE, Defendants/Counter-Claimants/Appellees/Cross-Appellants respectfully request that this Motion to Substitute Party be granted.

Dated: September 9, 2024

**PRIMMER PIPER EGGLESTON & CRAMER PC**

By: /s/ *Alexandra E. Edelman, Esq.*
Alexandra E. Edelman, Esq.
Ryan M. Long, Esq.
30 Main Street, Suite 500
Burlington, VT 05401
(802) 864-0880
aedelman@primmer.com
rlong@primmer.com

DEVINE, MILLIMET & BRANCH P.A.
Nicole Bodoh, Esq.
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
nbodoh@devinemillimet.com

*Co-Counsel for Defendants/Counter-Claimants/Appellees/Cross-Appellants CTC Corporation and Bruce Laumeister*

NO. 23-1215 (L); NO. 23-1250 (XAP)

# IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

DONNA BROWE, TYLER BURGESS, BONNIE JAMIESON, PHILIP JORDAN, ESTATE OF BEVERLY BURGESS,

*Plaintiffs/Appellants/Cross-Appellees,*

LUCILLE LAUNDERVILLE,

*Plaintiff/Counter-Defendant/Appellant/Cross-Appellee*,

*v.*

CTC CORPORATION, BRUCE LAUMEISTER,

*Defendants/Counter-Claimants/Appellees/Cross-Appellants*.

## DECLARATION OF ALEXANDRA E. EDELMAN

Alexandra E. Edelman, an attorney duly admitted to practice law in the Courts of the State of New York, declares the following to be true and correct under the penalties of perjury:

1. I am a member of the firm of Primmer Piper Eggleston & Cramer PC, attorneys for the Defendants/ Counter-Claimants/ Appellees/ Cross-Appellants CTC Corporation and Bruce Laumeister. As such, I am fully familiar with the pleadings and proceedings of the within action.

2. Oral argument has been scheduled for this case on September 10, 2024.

3

3. On September 5, 2024, this Court entered an order directing us to file a motion to substitute Bruce Laumeister's personal representative pursuant to Federal Rule of Appellate Procedure 43(a)(1).

4. We are informed by the law offices of Danielle D. Fogarty, PLC, that they submitted to the Vermont State Probate Division, Bennington Unit, a request for letters testamentary to be issued to Glenn Laumeister, as Executor of his father, Defendant/ Counter-Claimant/ Appellee/ Cross-Appellant Bruce Laumeister's estate.

5. The letters testamentary were granted on November 16, 2023. *See* Exhibit 1, attached hereto.

6. FRAP 43(1) provides:

If a party dies after a notice of appeal has been filed or while a proceeding is pending in the court of appeals, the decedent's personal representative may be substituted as a party on motion filed with the circuit clerk by the representative or by any party. A party's motion must be served on the representative in accordance with Rule 25. If the decedent has no representative, any party may suggest the death on the record, and the court of appeals may then direct appropriate proceedings.

7. Glenn Laumeister is Bruce Laumeister's personal representative.

Dated: September 9, 2024

                              PRIMMER PIPER EGGLESTON & CRAMER PC

                              By: /s/ *Alexandra E. Edelman, Esq.*
                                      Alexandra E. Edelman, Esq.
                                      30 Main Street, Suite 500

Burlington, VT 05401
(802) 864-0880
aedelman@primmer.com

DEVINE, MILLIMET & BRANCH P.A.
Nicole Bodoh, Esq.
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
nbodoh@devinemillimet.com

*Co-Counsel for Defendants/Counter-Claimants/Appellees/Cross-Appellants CTC Corporation and Bruce Laumeister*

Vermont Superior Court
Filed 11/16/23
Bennington Unit

**EXHIBIT 1**

| | | |
|---|---|---|
| **VERMONT SUPERIOR COURT**  | | **PROBATE DIVISION** |
| Bennington Unit | | Case No. 23-PR-05189 |
| 207 South St | | |
| Bennington, VT 05201 | | |
| 802-447-2700 | | |
| www.vermontjudiciary.org | | |

Estate of: Bruce Laumeister

## LETTERS OF GENERAL ADMINISTRATION

TO:  All Interested Persons:

The following person(s) has/have been appointed as:

☐ Co - Administrator  ☐ Successor Administrator
☒ Executor(s)  ☐ c.t.a. [cum testament annexo, "with Will annexed"]
☐ Administrator(s)  ☐ d.b.n. [de bonis non "of assets not (previously administered)"]

**Name:**  **Address:**
Glenn C. Laumeister  1975 Keystone Blvd  North Miami, FL  33181

☒ A Last Will and Testament dated November 17, 2022 has been admitted for probate.
☐ No Will has been admitted for probate.

This Court appoints you to administer this estate. You shall administer the estate according to the Will and Codicil(s), if any, and the laws of the State of Vermont. You shall file with this Court within 60 days of this appointment an inventory of all the real and personal property of the decedent. You shall serve a copy of this inventory on all parties entitled to notice in this matter. The Court, upon your motion, may extend the filing date of the inventory for an additional 60 days.

Within one year, and annually thereafter, and at such other times as the Court may require, you shall file with the Court a true account of your administration.

You shall perform all your duties according to the Rules of Probate of Procedure and the laws of the State of Vermont.

Electronically signed on November 16, 2023 pursuant to V.R.E.F. 9(d)

_Karl C. Anderson_
Karl C. Anderson
Probate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing Motion to Substitute Party of Defendants/Counter-Claimants/Appellees/Cross-Appellants CTC Corporation and Bruce Laumeister with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, including:

> John D. Stasny, Esq.
> Woolmington, Campbell, Bent & Stasny, P.C.
> 4900 Main Street, PO Box 2748
> Manchester Center, VT 05255
> (802) 362-2560

I hereby certify that also on September 9, 2024, I served the foregoing Motion to Substitute Party by email on Glenn Laumeister in accordance with FRAP 25(c)(2)(B).

Dated: September 9, 2024

        PRIMMER PIPER EGGLESTON & CRAMER PC

        By: /s/ *Alexandra E. Edelman, Esq.*
              Alexandra E. Edelman, Esq.
              30 Main Street, Suite 500
              Burlington, VT 05401
              (802) 864-0880
              aedelman@primmer.com

DEVINE, MILLIMET & BRANCH P.A.
Nicole Bodoh, Esq.
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
nbodoh@devinemillimet.com

*Co-Counsel for Defendants/Counter-Claimants/Appellees/Cross-Appellants CTC Corporation and Bruce Laumeister*

7